CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Pedro Denga**<br>DOB: 1998; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-03251MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about October 1, 2025, in the District of Arizona, **Pedro Denga**, knowing and in reckless disregard of the fact that certain illegal aliens, including Gabriela Escamilla-Jimenez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On October 1, 2025, in the District of Arizona (Naco), Border Patrol agents (BPAs) were observing traffic near Naco Highway and West Purdy Lane. West Purdy Lane is approximately one and a half miles from the border, and it travels from Naco Highway, close to the border, and north towards State Route 80. Smuggling organizations utilize this area to conduct operations because it provides thick vegetation for illegal aliens to hide in while they wait for load vehicles to arrive. At approximately 12:24 p.m., BPAs observed a black 2016 Toyota RAV4 bearing California license plate EC58M82 drive north on Naco Highway and east onto Purdy Lane. It is uncommon to observe out-of-state vehicles in that particular area, and smuggling organizations often use out-of-state vehicles to transport illegal aliens. Record checks on the RAV4 returned as "not found," which often suggests that the license plate is fictitious or expired. Smuggling organizations often use vehicles with fictitious or expired license plates. BPAs followed the RAV4 as it drove in and out of the area without stopping. Smugglers will often perform a "dry run" to scope out the area before engaging in their illegal activity. The RAV4 then parked at a Circle K gas station in Bisbee, Arizona. Approximately one hour later, BPAs returned to the area and observed the RAV4 parked south of the Copper Queen Hospital. The driver was the only visible occupant of the vehicle at that time. BPAs parked at the intersection of West Purdy Lane and Naco Highway and approximately ten minutes later observed the RAV4 driving west on Purdy Lane. BPAs were able to observe that the RAV4 now had a front seat passenger. As the RAV4 approached the BPAs' position, the passenger crouched down onto the floorboard of the front seat, which is a common tactic seen in smuggling events. BPAs followed the RAV4 as it turned north on Naco Highway. At approximately 2:04 p.m., BPAs initiated a vehicle stop and the RAV4 slowly came to a stop near Naco Highway and Della Street. As the vehicle was stopping, BPAs observed the female passenger, who had black hair and was wearing a black sleeved hoodie, sit up, look back towards them, and exit the RAV4 and run east into the desert. BPAs approached the RAV4 and ordered the driver, identified as **Pedro Denga** to turn off the vehicle. **Denga** allowed BPAs to remove the keys from the ignition but then became non-compliant when BPAs ordered him to exit the vehicle. BPAs then grabbed **Denga** and extracted him from the vehicle as he was attempting to square up with them. As BPAs were taking **Denga** into custody, they noted that he began uttering that he picked "her" up in the middle of the road and that it is not a crime to pick people up. Other BPAs in the area followed footprints that led east from the RAV4 into the desert.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Gabriela Escamilla-Jimenez

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 2, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Berman

**Continued from front page.**

The footprints led them to an abandoned truck under which they saw an individual wearing a sweatshirt and jeans hiding. The individual was holding camouflage clothing and carpet booties in her hand. An immigration inspection was performed on the individual, identified as Gabriela Escamilla-Jimenez, and BPAs determined her to be a citizen of Mexico illegally present in the United States. Record checks revealed that Gabriela Escamilla-Jimenez does not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Gabriela Escamilla-Jimenez stated that she is a Mexican citizen and that she was going to pay 250,000 Mexican pesos to be smuggled into the United States. She crossed the border by herself by using a ladder and was guided over the phone by an unknown individual. The unknown individual provided her with directions which led her to a roadway after approximately one hour and 45 minutes of walking. While travelling along the roadway, she flagged down a black four door SUV and asked the driver in Spanish for a ride and transportation elsewhere. The driver responded by saying yes in English. Escamilla-Jimenez got into the front passenger seat of the vehicle. She described the driver of the vehicle as a black male with black hair. She was unsure of the vehicle's intended destination. Escamilla-Jimenez stated that she ran from the vehicle before being stopped by Border Patrol because she was scared.